Richard C. Gordon, Esq.
Nevada Bar No. 9036
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  rgordon@swlaw.com
          jshiroff@swlaw.com

*Attorneys for Defendants WELLS FARGO BANK, N.A.*
*And FEDERAL HOME LOAN MORTGAGE CORPORATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; GEORGE H. BARNEY, III, and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive),<br><br>             Defendants. | Case No. 2:15-cv-00907-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

Plaintiff G&P Investment Enterprises, by and through its attorneys Michael V. Infuso, Esq. and Keith Barlow, Esq., of the law firm of GREENE INFUSO, LLP and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Defendant to file its Reply in support of their Motion to

1

Dismiss from May 26, 2015 to June 8, 2015, the deadline currently set for the Opposition to Plaintiff's Countermotion for Summary Judgment.

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will file its Reply in Support of their Motion to Dismiss and their Opposition to Plaintiff's Counter-Motion for Summary Judgment on or before June 8, 2015.

**IT IS SO STIPULATED.**

DATED this 26th day of May, 2015.                    DATED this 26th day of May, 2015.

                                                                                   SNELL & WILMER L.L.P.

By: /s/Keith Barlow_____     By: /s/ Justin Shiroff_____
     Michael V. Infuso, Esq.                              Amy F. Sorenson, Esq.
     Zachary P. Takos, Esq.                               Nevada Bar No. 12495
     Keith Barlow, Esq.                                       Karl O. Riley, Esq.
     GREENE INFUSO, LLP                              Nevada Bar No. 12077
     3030 South Jones Boulevard, Suite 101     3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV 89146                                Las Vegas, Nevada 89169
                                                                          Tel: (702) 784-5200

*Attorneys for Plaintiff*                                    *Attorneys for Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo will file its Reply in Support of their Motion to Dismiss and their Opposition to Plaintiff's Counter-Motion for Summary Judgment on or before June 8, 2015.

**IT IS SO ORDERED.**

DATED: May 28, 2015.

_____
UNITED STATES DISTRICT JUDGE