UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-00907-JCM-NJK<br><br>ORDER<br><br>(Docket No. 22) |

  Pending before the Court is a motion to intervene filed by Federal Housing Finance Agency. Docket No. 22. The Court hereby ORDERS that any response must be filed no later than July 15, 2015, and any reply must be filed no later than July 20, 2015.

  IT IS SO ORDERED.

  DATED: July 9, 2015

              _____
              NANCY J. KOPPE
              United States Magistrate Judge