# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC,<br><br>             Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>             Defendant(s). | Case No. 2:15-cv-00907-JCM-NJK<br><br>ORDER<br><br>(Docket No. 22) |

Pending before the Court is a motion to intervene filed by Federal Housing Finance Agency. Docket No. 22. Any response to that motion was due no later than July 15, 2015. *See* Docket No. 23. To date, no response has been filed. Accordingly, the Court hereby GRANTS the motion to intervene as unopposed pursuant to Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge