Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
        ztakos@greeneinfusolaw.com
        kbarlow@greeneinfusolaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; GEORGE H. BARNEY, III, and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive);<br><br>Defendants. | 2:15-cv-00907-JCM-NJK<br><br>(Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-711392-C)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE**<br><br>(Fourth Request) |

Plaintiff G&P Investment Enterprises, LLC ("Plaintiff"), by and through its counsel of record, and Defendants Federal Home Loan Mortgage Corporation ("Freddie Mac") and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, Defendants filed a Motion to Dismiss ("Motion") on or about April 20, 2015;

WHEREAS, Plaintiff filed an Opposition to Defendants' Motion and a Countermotion for Summary Judgment ("Countermotion") on or about May 14, 2015;

1

1     WHEREAS, Defendants filed an Opposition to Plaintiff's Countermotion ("Opposition") on or about June 22, 2015;

    WHEREAS, the current deadline for Plaintiff to file its reply in support of its Countermotion ("Reply") is August 7, 2015;

    WHEREAS, the parties hereby stipulate and agree to extend the deadline for Plaintiff to file its Reply to August 21, 2015;

    WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

    WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

DATED this 6th day of August, 2015.      DATED this 6th day of August, 2015.

**GREENE INFUSO, LLP**      **SNELL & WILMER, LLP**

/s/ Keith W. Barlow      /s/ Justin A. Shiroff
Michael V. Infuso, Esq.,      Richard C. Gordon, Esq.
Nevada Bar No. 7388      Nevada Bar No. 9036
Keith W. Barlow, Esq.,      Justin A. Shiroff, Esq.,
Nevada Bar No. 12689      Nevada Bar No. 12869
3030 South Jones Boulevard, Suite 101      3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89146      Las Vegas, Nevada 89169

Attorneys for Plaintiff      Attorneys for Defendants

### ORDER

IT IS HEREBY ORDERED that the deadline for Plaintiff to file its Reply is extended to August 21, 2015.

DATED August 7, 2015.

_____
United States District Court Judge