UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-00907-JCM-NJK<br><br>**ORDER** |

  Pending before the Court is a stipulation to stay discovery. Docket No. 58. A hearing is hereby **SET** on that stipulation for 10:00 a.m. on January 21, 2016, in Courtroom 3C. Counsel shall be prepared to explain: (1) how they have been diligent in conducting discovery to date, *see, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (requests to modify scheduling orders require a showing of good cause, which turns primarily on diligence); and (2) whether the standards can be met to stay discovery pending resolution of dispositive motions, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (outlining standards).

  IT IS SO ORDERED.

  DATED: January 19, 2016

                _____
                Nancy J. Koppe
                United States Magistrate Judge