Richard C. Gordon, Esq.
Nevada Bar No. 9036
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  rgordon@swlaw.com
         jshiroff@swlaw.com
*Attorneys for Defendants WELLS FARGO BANK, N.A.*
*And FEDERAL HOME LOAN MORTGAGE CORPORATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; GEORGE H. BARNEY, III, and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive),<br><br>            Defendants.<br>WELLS FARGO BANK, N.A, and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>            Counterclaimants,<br>**vs.**<br><br>G&P INVESTMENT ENTERPRISES, ATC ASSESSMENT COLLECTION GROUP, LLC, and SUNRISE VILLAS II AND III HOMEOWNER'S ASSOCIATION,<br><br>            Counter-Defendants. | Case No. 2:15-cv-00907-JCM-NJK<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

1

Plaintiff G&P Investment Enterprises, by and through its attorneys Michael V. Infuso, Esq. and Keith Barlow, Esq., of the law firm of GREENE INFUSO, LLP , Intervenor/Counterclaimant Federal Housing Finance Agency ("FHFA"), by and through its attorneys, Leslie Bryan, Esq. of the law firm of Fennemore Craig P.C., Defendant/Counterclaimants Wells Fargo Bank, N.A. ("Wells Fargo") and Federal Home Loan Mortgage Company, by and through their attorneys, the law firm of Snell & Wilmer L.L.P., and Counter-Defendant Sunrise Villas II and III Homeowner's Association ("Sunrise Villas"), by and through its attorneys, the law firm of BOYACK ORME & TAYLOR, hereby stipulate to the following briefing schedule on Wells Fargo's Motion for Summary Judgment and the Plaintiff's Counter-Motion for Summary Judgment:

FHFA, Wells Fargo, and the Federal Home Loan Mortgage Company shall file any Reply to their Motion for Summary Judgment, as well as their Opposition to Plaintiff's Counter-Motion for Summary Judgment, on or before March 11, 2016.

Plaintiff shall file any Reply to its Counter-Motion for Summary Judgment on or before March 25, 2016.

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. FHFA, Wells Fargo, and the Federal Home Loan Mortgage Company shall file any Reply to its Motion for Summary Judgment and its Opposition to Plaintiff's Counter-Motion for Summary Judgment on or before March 11, 2016.

2. Plaintiff shall file any Reply to its Counter-Motion for Summary Judgment on or before March 25, 2016.

**IT IS SO STIPULATED.**

DATED this 19th day of February, 2016.

GREENE INFUSO, LLP

By: _/s/ Michael V. Infuso_____
   Michael V. Infuso, Esq.
   Zachary P. Takos, Esq.
   Keith Barlow, Esq.
   3030 South Jones Boulevard, Suite 101
   Las Vegas, NV 89146

*Attorneys for Plaintiff/Counter-Defendant*

DATED this 19th day of February, 2016.

SNELL & WILMER L.L.P.

By: _/s/ Richard C. Gordon_____
   Richard C. Gordon, Esq.
   Nevada Bar No. 12869
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
   Tel: (702) 784-5200

*Attorneys for Defendants/Counterclaimants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

DATED this 19th day of February, 2016.

BOYACK ORME & TAYLOR

By: __/s/ Ted Boyack_____
   Edward D. Boyack
   401 N. Buffalo Drive, Suite #202
   Las Vegas, NV 89145

*Attorneys for Counter-Defendant Sunrise Villas II and II Homeowner's Association*

DATED this 19th day of February, 2016.

FENNEMORE CRAIG, P.C.

By: __/s/ Leslie Bryan Hart_____
   Leslie Bryan Hart, Esq.
   John H. Tennert, Esq.
   300 E. Second Street, Suite 1510
   Reno, NV 89501

*Attorneys for Intervenor Federal Housing Finance Agency*

**ORDER**

**IT IS ORDERED THAT** FHFA, Wells Fargo, and the Federal Home Loan Mortgage Company shall file any Reply to their Motion for Summary Judgment, as well as any Opposition to Plaintiff's Counter-Motion for Summary Judgment on or before March 11, 2016. Plaintiff shall file any Reply to its Counter-Motion for Summary Judgment on or before March 25, 2016.

**IT IS SO ORDERED.**

DATED: February 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

23500008.1

3