# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G&P INVESTMENT ENTERPRISES, LLC, | Case No. 2:15-cv-00907-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 73) |
| WELLS FARGO BANK, N.A., et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the stay already in place.  Docket No. 73.  For good cause shown, the Court **GRANTS** the stipulation in part as follows.  Discovery in this case shall be stayed for up to 120 further days.  In the event the pending motions for summary judgment are resolved prior to that date and do not result in the complete resolution of this case, however, the stay shall be immediately lifted.  In that case, answers to the previously-propounded written discovery must be served within 14 days of issuance of that summary judgment order, and previously-noticed depositions must be completed within 30 days of issuance of that summary judgment order.  Discovery will otherwise not be reopened.

IT IS SO ORDERED.

Dated: May 27, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE