UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| G & P INVESTMENT ENTERPRISES, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendant(s). | Case No. 2:15-CV-907 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *G & P Investment Enterprises, LLC v. Wells Fargo Bank, N.A. et al.*, case number 2:15-cv-00907-JCM-PAL.

On August 4, 2016, the court granted defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation and intervenor Federal Housing Finance Agency's motion for summary judgment (ECF No. 55). (ECF No. 79). On September 2, 2016, plaintiff G & P Investment Enterprises, LLC filed a notice of appeal. (ECF No. 82). On October 19, 2018, the Ninth Circuit affirmed this court's August 4, 2016, order. (ECF No. 88).

As the August 4, 2016, order resolved all pertinent issues in this litigation, the court will dismiss the remaining claims, enter judgment, and close the case. *See Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) ("District courts have inherent power to control their dockets.").

IT IS SO ORDERED.

The clerk shall enter judgment accordingly and close the case.

DATED November 1, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**